UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

MAVIS LAJARA,

        Defendant.
------------------------------------------------------------X

ORDER

14 CR 33 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Judgment in this case is hereby amended to reflect that the New York City Housing Authority is the "payee" for purposes of restitution in this case, not the United States Department of Housing and Urban Development. The address for the NYCHA is:

The New York City Housing Authority
Revenue and Receivable Division
90 Church Street, 6th Floor
New York, NY  10007


        **SO ORDERED.**

Dated: New York, New York
       July 28, 2015

                                        JAMES L. COTT
                                        United States Magistrate Judge